IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GARY RICHARDSON AND DOMONIQUE RICHARDSON, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00068-O-BP |
| U. S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE BEAR STEARNS ASSET BACK SECURITIES TRUST 2004-2, ASSET BACKED CERTIFICATES, SERIES 2004-2, *et al.*, | § § § § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Court **GRANTS SUMMARY JUDGMENT,** and the Plaintiffs' claims against the Defendant are **DISMISSED with prejudice**.

SO ORDERED on this **12th** day of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE